JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER MEDICAL TRANSPORTATION, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PREMIER MEDICAL TRANSPORT, INC., a California Corporation,<br><br>    Defendant. | **Case No. EDCV10-1457 DOC (PJWx)**<br><br>**ORDER FOR RULE 41(a) DISMISSAL WITH PREJUDICE**<br><br>The Hon. David O. Carter |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having reviewed the stipulation of dismissal filed by the parties, hereby, pursuant to F.R.C.P. Rule 41(a) dismisses the case with prejudice. Each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 16, 2011

By: *David O. Carter*
The Hon. David O. Carter
U.S. District Court Judge

4824-0529-2804.1